IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM TIMOTHY PERRIN,**<br>Individually and on behalf of a class of<br>others similarly situated,<br><br>      **Plaintiffs,**<br><br>vs.<br><br>**PAPA JOHN'S INTERNATIONAL,**<br>**INC., and PAPA JOHN'S USA, INC.**<br><br>      **Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:09-CV-01335-AGF<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Pursuant to Fed. R. Civ. P. 65(a), Defendants Papa John's International, Inc., and Papa John's USA, Inc., move this Court for an emergency temporary restraining order against counsel for Plaintiffs William Timothy Perrin and all persons who have opted-in to this collective action. Legal counsel for Plaintiffs have improperly solicited and communicated with putative plaintiffs in this action, and they must be restrained from having any further contact with them. Defendants also request that the Court enter an order allowing expedited discovery regarding Plaintiffs' counsel's improper solicitation, setting an evidentiary hearing to explore the full extent of the improper solicitation, and requiring Plaintiffs and their counsel to preserve all evidence of their improper solicitations of putative plaintiffs until further notice.

Defendants incorporate into this Motion by reference their arguments made in the Memorandum of Law filed herewith and have attached a proposed Order. Defendants attest that they have notified Plaintiffs, through their legal counsel, of their intent to file this Motion.

WHEREFORE, Defendants respectfully request the Court grant their Emergency Motion for a Temporary Restraining Order and order the further relief requested herein.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.


/s/ Eric A. Todd
Rodney A. Harrison, #44566MO
Eric A. Todd, #46919MO
Nathan J. Plumb, #56547MO
7700 Bonhomme Avenue, Suite 650
St. Louis, MO  63105
(314) 802-3935
(314) 802-3936  *(Facsimile)*
rodney.harrison@ogletreedeakins.com
eric.todd@ogletreedeakins.com
nathan.plumb@ogletreedeakins.com

and

Patrick F. Hulla, #4296711
Park Central Plaza
4717 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 471-1301
(816) 471-1303  *(Facsimile)*
patrick.hulla@ogletreedeakins.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 3rd day of November, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

George A. Hanson
Richard M. Paul III
Jack D. McInnes
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, MO  64112
(816) 714-7100
(816) 714-7101  *(Facsimile)*

Mark A. Potashnick
Ilya I. Ruvinskiy
WEINHAUS & POTASHNICK
11500 Olive Blvd., Suite 133
St. Louis, MO  63141
(314) 997-9150
(314) 997-9170  *(Facsimile)*

**ATTORNEYS FOR PLAINTIFFS**

/s/ Eric A. Todd
**ATTORNEY FOR DEFENDANTS**

9377008.1 (OGLETREE)