UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

WILLIAM TIMOTHY PERRIN, et al.,      )
                                     )
            Plaintiffs,              )
                                     )
vs.                                  )        Case No. 4:09CV01335AGF
                                     )
PAPA JOHN'S                          )
INTERNATIONAL, INC., et al.,         )
                                     )
            Defendants.              )

## ORDER

The Court having heard oral argument on the issues set forth in Defendants' amended motion to compel,

**IT IS HEREBY ORDERED** that Defendants' amended motion to compel (Doc. No. 192) is **GRANTED in part** and **DENIED in part**.

**IT IS FURTHER ORDERED** that Defendants' motion to compel (Doc. No. 191) **is denied as moot**.

**IT IS FURTHER ORDERED** that, no later than **February 27, 2012**, the parties shall confer and attempt to agree in good faith on:

(1) the terms of a discovery questionnaire and accompanying cover letter which shall be propounded to all members of the conditionally certified class, and

(2) a schedule and a process for the distribution and collection of the discovery questionnaire.

In the event that the parties are unable to reach agreement with respect to the aforementioned terms, then no later than **February 27, 2012**, the parties shall notify the Court of their failure to reach agreement and each party shall provide the Court with the terms of its proposed questionnaire, schedule and process, or the parties shall detail the nature of the dispute.

AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 21st day of February, 2012.