# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

WILLIAM TIMOTHY PERRIN, Individually
and on behalf of other similarly situated
persons,

Plaintiffs,

v.

PAPA JOHN'S INTERNATIONAL, INC.,

Defendant.

Case No. 09-01335-AGF

## <u>DEFENDANTS' QUESTIONNAIRE TO _____</u>

Defendants Papa John's International, Inc. and Papa John's USA, Inc., serve this Discovery Questionnaire under Rules 33 and 34 of the Federal Rules of Civil Procedure.

### Introduction

This Questionnaire is being sent to you because you have joined the following lawsuit: *William Timothy Perrin v. Papa John's International, Inc.*, et al., Case No. 4:09CV01335 AGF, pending in the United States District Court for the Eastern District of Missouri.  This Questionnaire (i) includes questions you must answer in connection with this lawsuit, and (ii) requires you to produce requested documents in your possession or control.

### Instructions

1. Completely, accurately, and legibly answer all of the questions in the space provided. If you need additional space to complete your answer, be sure to use additional sheets of paper and identify on the additional sheets of paper which question you are answering.
2. If you do not know the answer to a question, state that you do not know the answer. Do not guess or estimate.
3. Attach photocopies of any document requested in this Questionnaire.
4. Your responses to this Questionnaire, including your production of documents, are due _____.
5. Before you return the completed Questionnaire, sign the Verification page at the end of this document.

Employee ID _____



## Questionnaire

1.    **Personal Information**.  Provide the following information about yourself.

| First Name, Middle Initial, Last Name | |
|---|---|
| Address | |

2.    **Employment Information.**  Provide the following information about your employment as a pizza delivery drive with Papa John's.

| Store Address & Number | Beginning Employment Date | Ending Employment Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Note:**  Attach copies of documents you maintained that show compensation paid to you by Papa John's, including delivery reimbursement, during your employment as a delivery driver with Papa John's.

Employee ID _____

3.     **General Automobile Information.**  State the number of automobiles you used to deliver pizzas while employed by Papa John's from August 18, 2006 to the present: _____.

For each automobile you used to deliver pizzas for Papa John's from August 18, 2006 to the present, provide the following information that you know without guessing or estimating.  If you used more than one automobile to deliver pizzas while employed by Papa John's from August 18, 2006 to the present, copy the table below and complete a separate table for each automobile.

| | |
|---|---|
| Year/Make/Model | |
| Name of Owner(s) | |
| Date of Purchase or Date You Otherwise First Possessed the Automobile | |
| Name of Person(s) Who Paid for Automobile | |
| Purchase Price | |
| Value When You First Began Using It for Pizza Delivery | |
| Value When You Last Used It for Pizza Delivery | |
| Did you track your miles per gallon while delivering pizza? | Yes _____      No_____ |
| If you tracked your miles per gallon, state your average Miles Per Gallon During Time Used for Pizza Delivery | |
| Approximate Date First Used for Pizza Delivery | |
| Approximate Date Last Used for Pizza Delivery | |
| Odometer Reading When First Used for Pizza Delivery | |
| Odometer Reading When Last Used for Pizza Delivery | |
| Average Number of Miles Driven for Any Reason Per Week | |

Employee ID _____

| Average Number of Miles Driven for Pizza Delivery Per Week | |
|---|---|

**Note:**     Attach copies of any documents in your possession showing information about each automobile identified in your response to question 3, including the registration and value; mileage logs reflecting personal and/or delivery use; receipts regarding fuel purchases, etc.

Have you ever sought an itemized tax deduction for unreimbursed business expenses related to your vehicle during your employment as a delivery driver for Papa John's since 2006? Yes _____ No_____

If yes, please provide copies of  your itemization of unreimbursed business expenses related to your vehicle in your federal and state income tax returns (e.g. IRS Form 1040, Schedule A) for the years 2006-present (except that you may limit your production to those year(s) you were employed by Papa John's).

4.     **Automobile Insurance Information.**  For each automobile you used to deliver pizzas for Papa John's from August 18, 2006 to the present, provide the following information about insurance for the automobile.  If you used more than one automobile, copy the table below and complete a separate table for each automobile.

| Year/Make/Model | |
|---|---|
| Insurer Name | |
| Start Date and End Date of Policy | |
| Name of Each Person Covered by the Policy | |
| Name of Person Who Paid for Policy | |
| Monthly Premium Paid | |
| Date and Description of Claims Made Against Policy | |

**Note:**  Attach proof of insurance cards or other information about each insurance policy identified in your response to question 4.

Employee ID _____

5.      **Automobile Service or Repair Information**.  For each automobile you used to deliver pizzas for Pizza John's from August 18, 2006 to the present identified in your response to question 3, by year/make/model, provide to the best of your ability the following information about service and repairs, including parts, supplies, labor, and fluid purchased, for the automobile.  If you used more than one automobile to deliver pizzas for Papa John's from August 18, 2006 to the present, copy the table below and complete a separate table for each automobile.

Year/Make/Model:_____

| Date of Service, Repair or Purchase | Specific Description of Service, Repair or Purchase | Name and Address of Service Provider | Cost and Name of Person Who Paid the Repair or Purchase Cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Did you incur other expenses not listed above to maintain your vehicle that you do not recall specific information for?  Yes_____      No_____

**Note:**  Attach copies of receipts, cancelled checks, or other documents showing amounts paid for service, repair, parts, supplies and fluids purchased for each automobile identified in response to question 3.

Employee ID _____

6.    **Bankruptcy Information**.  From August 18, 2006 to the present, have you filed for bankruptcy? Yes _____ No_____

If yes, provide the information requested below:

| Date Filed | Name of Court | Case Number | Status |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Employee ID _____

**<u>VERIFICATION</u>**

I, _____, affirm and attest that I have carefully prepared, read, and reviewed these answers to Defendants' Questionnaire and the documents produced in response to Defendants' Questionnaire.  I further affirm and attest that these answers are complete, accurate, and truthful and that these documents are all the documents I have or could find after a diligent search.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.  Executed on this _____ day of _____, 2012.

_____
(signature)

11882050.1 (OGLETREE)

Employee ID _____