UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM TIMOTHY PERRIN, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No. 4:09-cv-01335 AGF |
| | ) |
| **PAPA JOHN'S INTERNATIONAL, INC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

_____

**Option 1**

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.
_____

**Option 2**

In accordance with the Court's Order Referring Case to ADR,

☐   A final ADR conference was held on:  **July 24, 2015**   .

☐   All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐   The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.
_____

The ADR referral was concluded on  **August 3**  , 2015 and the parties [☒ did ☐ did not] achieve a settlement.
_____

**Option 3**

☐   Although this case was referred to ADR, a conference WAS NOT HELD.


Dated: August 6, 2015           Neutral: /s/ Richard Ryffel